# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 197 EAL 2019

          Respondent          :

                            :    Petition for Allowance of Appeal from

                            :    the Order of the Superior Court

          v.                     :

                            :

DARRELL JOHNSON,               :

                            :

          Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.